UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REX S. GUNTHER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:25-cv-01304-MTS |
| PAMELA JO BONDI, | ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM AND ORDER

Plaintiff Rex S. Gunther, a civil detainee at the Southeast Missouri Mental Health Center, filed this action two and a half months ago, but he has yet to serve Defendant as is required. Pursuant to Federal Rule of Civil Procedure 4(m), if a defendant is not served within ninety days after the complaint is filed, the Court "must dismiss the action without prejudice against that defendant" or "order that service be made within a specified time." Fed. R. Civ. P. 4(m). Since Plaintiff has paid the full $405 filing fee in this matter, neither the Court nor the United States Marshals Service will effectuate service of process on his behalf.* Because Plaintiff named the United States Attorney General as the Defendant, he must serve Defendant in accordance with Rule 4(i) of the Federal Rules of Civil Procedure. To date, though, Plaintiff has not even sought a summons from the Court to begin the process. Pursuant to Rule 4(m), the Court will order that service be made no later than **Friday**, **December 12, 2025**.

---

* A plaintiff who is not proceeding *in forma pauperis* is responsible for having the summons and complaint served on all defendants. *See* Fed. R. Civ. P. 4(c). It makes no difference that Plaintiff here is *pro se*. *See DiCesare v. Stuart*, 12 F.3d 973, 980 (10th Cir. 1993) ("A pro se litigant is still obligated to follow the requirements of Fed. R. Civ. P. 4."); *Davis v. D.C. Dep't of Corr.*, 1:25-cv-1895-JMC, 2025 WL 1743940, at *2 n.1 (D.D.C. June 24, 2025) (noting same).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall have through **Friday**, **December 12, 2025**, to serve Defendant in accordance with Federal Rule of Civil Procedure 4 and to file proof of such service with the Court.   Failure to serve Defendant and file proof of service with the Court by that date will result in the **dismissal** of this action without further notice and without prejudice pursuant to Rule 4(m).

Dated this 12th day of November 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE