**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| REX S. GUNTHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:25-cv-01304-MTS |
| | ) |
| PAMELA JO BONDI, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Plaintiff Rex S. Gunther, a civil detainee at the Southeast Missouri Mental Health Center, has failed "to serve Defendant in accordance with Federal Rule of Civil Procedure 4 and to file proof of such service with the Court" as the Court required. Doc. [5]; *see* Fed. R. Civ. P. 4(i), (m). Pursuant to Federal Rule of Civil Procedure 4(m), and this Court's November 12, 2025, Memorandum and Order, Doc. [5], the Court will dismiss the unserved Defendant in this matter without prejudice. *See* Fed. R. Civ. P. 4(m). Plaintiff's noncompliance provides an additional basis to dismiss. *See Brown v. Frey*, 806 F.2d 801, 803-04 (8th Cir. 1986) (a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Pamela Jo Bondi is **DISMISSED** from this action without prejudice. All Defendants in this matter having been dismissed, the Court will enter herewith an Order of Dismissal, which will dismiss this action without prejudice.

Dated this 16th day of December 2025.

*[signature]*
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE